IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HENRY RAPHAEL JOHNSON, JR.,           )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )    1:03CV01141
                                       )
YORK SIMPSON UNDERWOOD, L.L.C., and    )
CAROL CAPPELLETTI,                     )
                                       )
            Defendants.                )

ORDER

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [Document #19] is DENIED. Defendants' Motion in Limine [Document #21] is DENIED at this time.

This, the 9th day of June, 2005.

_____
United States District Judge